UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Chapter 7 |
| E-Prime Sourcing Inc. | Case No. 18-12761-MSH |
| Debtor | |

ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT
BEFORE DISTRIBUTION, REQUESTS FOR COMPENSATION
AND REPORT ON CLAIMS/PROPOSED DISTRIBUTION

The Trustee's Final Report Before Distribution and attachments thereto having been scheduled for hearing before the Court, and said hearing having been canceled in the absences of objections, IT IS HEREBY ORDERED:

That the Trustee's Final Report and Account is hereby APPROVED including all requests for compensation and expenses set forth there and other attachments thereto.

_____
United States Bankruptcy Judge

Dated:   10/19/2020